# COURT MINUTES

# United States Magistrate Judge Patrick M. Hunt

**Courtroom 310**   Date: 06/06/2025   Time: 10:30AM

Defendant: DE'ANDRE GRIER   J#: 85272-511   Case #: 25-60128-CR-DIMITROULEAS

AUSA: J. COOLEY AND COREY O'NEAL   Attorney: JONATHAN FRIEDMAN

Violation: 21:U.S.C.846 CONSPIRACY TO DISTRIBUTE AND PWID A CONTROLLED SUBSTANCE

Proceeding: PRETRIAL DETENTION AND ARRAIGNMENT   CJA Appt:

Bond/PTD Held: ● Yes   ○ No   Recommended Bond:

Bond Set at: DEFENDANT DETAINED   Co-signed by:

Language: ENGLISH

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Disposition:
DEFENDANT PRESENT IN COURT WITH
COUNSEL. GOVT PROCEED BY PROFFER
(SUPPLEMENTAL) SW, JENCKS
MATERIAL, SOME DISCOVERY.
SWORN/TEST FBI AGENT CHELSEY
HIBSCH. CROSS-EXAMINED BY ALL
THREE ATTORNEYS CARIGLIO,
FRIEDMAN AND DONET.  BRIEF-
REDIRECT. GOVT EXHIBITS 1-3 (LAPTOP
PHOTOS) ORAL ARGUMENT. COURT
GRANTS GOVT ORE TENUS MOTION
FOR DETENTION. DEFENDANT
DETAINED. ORDER TO FOLLOW.
READING OF INDICTMENT WAIVED.
NOT GUILTY PLEA, SDO REQUESTED.
DEFT FOR ENTRY OF SDO IS GRANTED

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:42:10-13:11:26   Time in Court: 2 HOURS AND 30 MINS

Page: Type #