UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60128-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

**DE'ANDRE MAURICE GRIER,**
    a.k.a. "Lit,"
    a.k.a "Bank Head,"

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and DE'ANDRE MAURICE GRIER, a.k.a. "Lit," a.k.a "Bank Head," (the "defendant" or "GRIER") agree that, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. From February 2025 through May 12, 2025, GRIER conspired with others to sell crack cocaine (cocaine base) from an apartment located at 817 NW 10th St, Apt. 1, Hallandale Beach, FL 33009 ("HALLANDALE RESIDENCE")

2. February 2025 to May 2025, law enforcement conducted eight (8) controlled purchases from the HALLANDALE RESIDENCE, using an FBI Confidential Human Source ("CHS"). Prior to each controlled purchase, the CHS was searched for contraband prior to and after each operation. Law enforcement provided investigative funds to the CHS to purchase crack cocaine from HALLANDALE RESIDENCE. Law enforcement also equipped the CHS with

audio/video recording devices which recorded each controlled substance purchase.

3. Over the course of those eight (8) controlled purchases, GRIER and his coconspirators sold approximately 46.3 grams of crack cocaine to the CHS. GRIER participated in a crack cocaine sale to the CHS on one of these occasions.

4. On April 2, 2025, upon the CHS entering the HALLANDALE RESIDENCE, the CHS was met by GRIER along with two other co-conspirators and discussed and purchased cocaine base in exchange for $200 of investigative funds. The DEA tested and confirmed this substance sold to the CHS was cocaine base weighing 6.83 grams.

5. On May 12, 2025, law enforcement executed a Federal search warrant of the HALLANDALE RESIDENCE. The search of the HALLANDALE RESIDENCE revealed approximately 49.4 grams of crack cocaine and other items.

6. The combined amount of crack cocaine sold during those eight (8) controlled purchases and the amount of crack cocaine recovered on May 12, 2025, from the HALLANDALE RESIDENCE is approximately 95.7 grams, which amount is attributable to GRIER.

The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove beyond a reasonable doubt his guilt with respect to Count 1, conspiracy to possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United

States Code, Sections 846 and 841(b)(1)(A).

|  |  |
|---|---|
|  | JASON A. REDING QUIÑONES<br>UNITED STATES ATTORNEY |
| DATE: 8/26/25 | BY: _____<br>JOSEPH A. COOLEY<br>ASSISTANT UNITED STATES ATTORNEY |
| DATE: 08/26/2025 | BY: _____<br>COREY R. O'NEAL<br>ASSISTANT UNITED STATES ATTORNEY |
| DATE: 8/25/25 | BY: _____<br>JONATHAN S. FRIEDMAN<br>COUNSEL FOR THE DEFENDANT |
| DATE: 8/25/25 | BY: _____<br>DE'ANDRE MAURICE GRIER<br>DEFENDANT |

3