UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-cr-60128-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DE'ANDRE MAURICE GRIER,

        Defendant.
_____/

**DEFENDANT'S CORRECTIONS, CLARIFICATIONS
AND OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, DE'ANDRE MAURICE GRIER, by and through his undersigned attorney, and respectfully files the following Corrections, Clarifications, and Objections to the Presentence Investigation Report, dated October 27, 2025 and would specifically state unto this Court the following:

1. The Defendant would clarify paragraphs 6 through 30 (The Offense Conduct Section) to reflect that the Defendant had only frequented the 10th Street, Hallandale Beach, Florida, location during the material times contained in the Indictment. The Defendant had no involvement in the narcotics activities taking place at the 19th Street, West Park, Florida location. More specifically, the Defendant participated in the sale of crack cocaine to the CHS that was used by the FBI on only one occasion, to wit: April 2, 2025 and the amount that sale was only 6.83 grams.

2. The Defendant objects to paragraph 108 of the Pre-Sentence Investigation Report. While the probation officer may not have identified any factors that would warrant a variance

from the applicable guideline range, pursuant to 18 U.S.C. 3553(a), there are several mitigating factors, including his limited role, mental health and trauma suffered, substance abuse disorder, strong family and community support and rehabilitative potential that will be brought to the Court's attention prior to the time of imposing sentence.

      3.  The Defendant seeks clarification as to paragraph 57 of the Pre-Sentence Investigation Report, wherein it indicates that a pending violation of probation matter exists for his 2019 state charges in case number 19-10922CF10A, scheduled to be heard on December 4, 2025. The Defendant respectfully requests that the PSR be amended to reflect, and that the Court state for the record, that it does not object to any sentence imposed in the pending state violation of probation case running concurrently with the federal sentence imposed herein, pursuant to 18 U.S.C. § 3584 and U.S.S.G. § 5G1.3(c). Such a statement of non-objection will clarify the Court's intent for the Bureau of Prisons and the state sentencing court and help ensure a fair and coordinated resolution of both matters.

WHEREFORE, the Defendant, DE'ANDRE MAURICE GRIER, respectfully requests this Honorable Court, based upon the above-stated grounds, to adopt the above-styled Corrections, Clarifications, and Objections to the Presentence Investigation Report prepared in this matter.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR DEFENDANT
101 N.E. 3RD AVENUE
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (754) 301-5109

/S/ Jonathan S. Friedman

JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2025, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman

JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297