# Dear Judge Dimitrouleas,
# Hello my name is Denise Frazier

I am writing this letter on behalf of my son De Andre Grier. I would sincerely like to vouch for the good character of my son, He has grown into a good gentleman and helpful nature and kind gestures in my home. De Andre helps out with his grandmother everyday and makes sure she eats.(she miss him a lot.) DeAndre is the type of person everyone wants around he's the life of the party, I miss the snagging on my feet when he comes home, I miss him so much, the pain in my heart is unbelievable I hurt everyday I be so happy when he calls it's like he makes my day go good when I hear from him. DeAndre has 2 nephews and 1 niece and 1 nephew on the way October 6 is his baby sister due date, Deandre plays a major role in all they lives we need DeAndre home. DeAndre is like a daddy uncle to them all; they miss him so much they ask all the time when is jay-jay (DeAndre) coming home. My son going to jail sits personal to me I never been away from my 5 kids this long I'm not going know what to do, Imma feel so lost. On DeAndre my son court day I'm hoping and praying for one amazing out come.

    Thank you for accepting and taking time to read my letter

Sincerely,
Denise Frazier