Gmail                                                                  Jonathan Friedman <jfriedmanlawfirm@gmail.com>

## Letter to Judge for Deandre Grier
1 message

**Shaniyah Grier** <griershaniyah2610@gmail.com>                                                       Thu, Nov 6, 2025 at 10:55 AM
To: JFriedmanlawfirm@gmail.com

Dear Judge Dimitrouleas,

My name is Sha'Niyah Grier, and I am the youngest sister of Deandre Grier, who is currently before you in this case. I wanted to write this letter, because even with everything going on between me and my brother and despite the tear between us, I still love and hope for my brother.

When my brother got arrested, we weren't speaking. I was upset with him, and truthfully, I still am. There are things he's done and choices he's made that have hurt me and our family, and I haven't been able to fully forgive him yet. But even through that, I don't want to see him spend years in jail, away from our family and I don't want to only speak to him over scheduled calls. I don't believe that's what will help him become better, or help us heal as a family.

My brother isn't a bad person. He's made mistakes — serious ones — but he's also someone I've looked up to at times in my life. There's achievements and moments in my life where I couldn't get through without my big brother there to cheer me on. 1 month ago I gave birth to my 2nd baby boy and it gives a numb feeling knowing my brother isn't able to meet him yet. My brother loves his niece and three nephews and they love him even more. Being the youngest of 6, it pains me knowing my boys, Momo (1) and SaiSai (1 month) are growing up with the absence of "uncle Jj", an uncle who they'll grow to love more everyday, and will forever protect and love them. Growing up, Deandre was the person who's made everybody laugh and smile, protected me when I was younger, and who I know deep down still cares about his family, even if he hasn't always shown it in the right ways. I truly believe there's still a chance for him to turn things around.

I'm not writing this to excuse anything he did. I'm writing this because I believe in second chances — not just for him, but for us as siblings, and for our family. I hope that whatever decision you make, it can include the possibility of growth, redemption, and change. I believe he has it in him to be better — and I hope he's given the chance to prove that, not just to the court, but to himself and to all of us who still care about him.

Thank you for taking the time to read this.

Respectfully,
Sha'Niyah Grier