Dear Judge Dimitrouleas,

My name is Roi Windom

I am writing to provide a character reference for Deandre Grier who is my Fiancé and whom I have known for 10 years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct. My partner I witnessed and came to know a different person than the one often portrayed. Behind the scenes, he is loving, genuine, supportive, and always encouraging. He motivated me, believed in me, and helped me grow both personally and professionally.. Since I've been within a relationship with him for over 6 years he always keeps a smile on my face always running to help others. Every Saturday he goes a sit with his grandmother but everyday he makes it his business to stop by and take her food. I need him with me the family needs him. I can't sleep it's days I feel to depressed I don't like to get out of my bed I cry…I have seizures back in march I had one an he walked into the house in a perfect time. Im writing this letter because I believe it's important for the court to know the side of Deandre that isn't always seen or spoken about the man that poured into others, I'm just trying to get an appetite back since he's been gone..he helps me with my bills it's rough an draining working doubles living check to check paying bills alone an also financial assistants within him being in jail. Deandre works with his family full time as a plumber. I ask that you grant him some I grace please, I've also witnessed him working on inner growth in the beginning of the year he went an got baptized an starting going to church more an praying more and he's enrolled into school at West Park HighSchool in the adults program since the beginning of May he wants to get his CDL License and allow me to take a break from working so I can go back to school for my nursing program. In my 10 years of knowing Deandre and 6 years of being with him Deandre is not a danger or threat to the community. He is a man of God who is devoted to his family. We where planning on starting our own family I just need my fiance back with me more then ever…I'm tired of crying I just ask that you grant him some grace he's come a long way from being a boy to maturing to the loving family devoted man that I fell in love with. Thank you for your time.